# First District Court of Appeal
## State of Florida

———————————————

No. 1D2022-3892

———————————————

Clarence K. Troupe, Jr.,

Appellant,

v.

State of Florida,

Appellee.

———————————————

On appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

February 8, 2024

Per Curiam.

Affirmed.

Osterhaus, C.J., and Lewis and Tanenbaum, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Rachael Elizabeth Reese and Olivia M. Goodman of O'Brien Hatfield Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.